KROOK, Appellant, v. MOTT WHEEL WORKS, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 21,

1914.) Action by Michael Krook against the Mott Wheel Works. No opinion. Appeal dismissed, without costs, upon stipulation filed.